# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| T.B by his next of friend, mother, | ) | |
| Camille Berkley, and father, Curtis Berkley | ) | Case No. 3:23-cv-75 |
| Individually. | ) | |
| | ) | Judge Travis McDonough |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| v. | ) | |
| | ) | |
| | ) | |
| Knox County School District, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF VOLUNTARY DISMISSAL

Comes now the Plaintiff, T.B., Camille Berkley, and Curtis Berkley, through counsel has moved for voluntary dismissal of this action, with prejudice. This is agreed to by all parties.

### IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

1. This action is herby DISMISSED with PREJUDICE.

2. The December 16th 2024 trial date is taken off the docket.


ENTER this _____ day of _____, 2024.


_____
The Honorable Travis McDonough, Judge

Respectfully Submitted,

___ s/John L. Haupt III___
Attorney for Plaintiffs
8001 Conner Rd, Ste A-3
Powell, TN 37849
865.313.6039
jhauptlaw@gmail.com
BPR# 037676


Approved for entry by:

___ s/Amanda Lynn Morse
Amanda Lynn Morse
Attorney for Defendant
Deputy Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
(865) 215-2327
(BPR # 032274)

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record by electronic mail, delivering same, or by placing same in the in the U.S. Mail, postage prepaid to the following:

Amanda Morse
amanda.morse@knoxcounty.org

This 13th day of February, 2024.

__s/John L. Haupt III _
John L. Haupt III