IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| T.B by his next of friend, mother, Camille Berkley, and father, Curtis Berkley Individually.<br><br>Plaintiff,<br><br>v.<br><br>Knox County School District,<br><br>Defendant. | Case No. 3:23-cv-75<br><br>Judge Travis McDonough<br><br>Magistrate Judge Jill E. McCook |

## JOINT MOTION OF DISMISSAL

Comes now the Plaintiffs, and Defendant, to submit a Joint Motion to dismiss this action with prejudice. The parties would show the Court the following;

1. This action was filed on February 27th 2023.
2. The parties have been in active settlement negotiations.
3. The parties have reached a full and final settlement, and part of that settlement would dismiss this action.
4. In addition, the parties have submitted an agreed order.

### Prayer for Relief

A. That this Court sign the agreed order to dismiss this action with prejudice.

Respectfully Submitted,

\_\_\_s/John L. Haupt III\_
Attorney for Plaintiffs
8001 Conner Rd, Ste A-3
Powell, TN 37849
865.313.6039
jhauptlaw@gmail.com
BPR# 037676

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record by electronic mail, delivering same, or by placing same in the in the U.S. Mail, postage prepaid to the following:

    Amanda Morse
    amanda.morse@knoxcounty.org

This 15th day of February, 2024.

    \_\_\_s/John L. Haupt III\_
    John L. Haupt III